UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HAILLE RODGERS,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

ISLAND CZ CAFÉ, LLC,
    d/b/a ISLAND CZ CAFÉ,
ISLAND SEAS LOUNGE, LLC,
    d/b/a ISLAND CZ LOUNGE, and
PATRICK CLARKE,

        Defendants.

---

Case No.: 22-cv-00266 (BMC)

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants ISLAND CZ CAFÉ, LLC d/b/a ISLAND CZ CAFÉ, and PATRICK CLARKE have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants ISLAND CZ CAFÉ, LLC d/b/a ISLAND CZ CAFÉ, and PATRICK CLARKE is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

    March 1, 2022

                              Brenna B. Mahoney, Clerk of Court

                    By:  *Jalitza Poveda*
                              Deputy Clerk